**No. 09-8421. Fariba Parniani, Petitioner v. Cardinal Health, Inc., et al.**

559 U.S. 981, 130 S. Ct. 1708, 176 L. Ed. 2d 195, 2010 U.S. LEXIS 2033.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 305 Fed. Appx. 301.